AO 91 (Rev. 08/09)  Criminal Complaint

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

FILED
May 12 2020
ARTHUR JOHNSTON, CLERK

# UNITED STATES DISTRICT COURT
для
Southern District of Mississippi

United States of America )
v. )
)  Case No.  1:20-mj-00541-RHW
Nathanael Cecil Hall, III )
)
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  May 8, 2020  in the county of  Pearl River  in the
Southern  District of  MS, Southern Division , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2250 | Failure to Register as a Sex Offender |

This criminal complaint is based on these facts:
See Affidavit, which is attached hereto and incorporated by reference herein.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Nicholas Roselli, Deputy United States Marshal
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  MAY 12, 2020

_____
*Judge's signature*

City and state:  Gulfport, Mississippi            Robert H. Walker, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

STATE OF MISSISSIPPI )
COUNTY OF PEARL RIVER :
SOUTHERN DISTRICT OF MISSISSIPPI )

I, Nicholas Roselli, being first duly sworn, hereby depose and say that:

1. Affiant, Nicholas Roselli, is a Deputy United States Marshal with the United States Department of Justice, United States Marshals Service. I am a graduate of the Federal Law Enforcement Training Center and the United States Marshals Service Academy at Glynco, GA. During my tenure with the USMS, I have been involved in numerous investigations concerning the apprehension of fugitives on the Federal, State and Local levels. I currently serve as the District Sex Offender Investigations Coordinator for the Southern District of Mississippi.

2. I make this affidavit in support of an application for a warrant to arrest Nathanael Cecil HALL III. Based on my training and experience, I state that there is probable cause to believe that HALL violated Title 18, United States Code, 2250 - Failure to Register as a Sex Offender. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

3. On or about May 16, 2006, Nathanael Cecil HALL, III, was convicted of Possession of Photographs, Film or other Representation that knowingly includes Sexual Conduct of a Child by the Hillsborough County Sheriff's Department in the State of Florida (Case # 0418561). HALL was found guilty and sentenced. As part of his sentence, HALL was required to register as a Sex Offender. As part of his registration requirement, HALL was required to notify/register with Florida officials if he moved away from the State of Florida. HALL's requirement to register as a Sex Offender in the State of Florida, is a qualifying registration under the Federal Sex Offender Registration and Notification Act (SORNA).

4. On or about March 21, 2020, Nathanael Cecil HALL, III, did not appear in person for his scheduled sex offender registration in Hillsborough County Florida, and it was determined that he had absconded. A full extradition arrest warrant was issued by the Hillsborough Sheriff's Office for failure to renew his sex offender registration. HALL's last registered address was in Lutz, FL.

5. On or about April 07, 2020, the United States Marshal Service in the Middle District of Florida, was advised by the Florida Department of Law Enforcement (FDLE) that Nathanael Cecil HALL, III, a registered sex offender, absconded from supervision, and appeared to have fled from the State of Florida.

6. On or about April 14, 2020, the United States Marshal Service in the Middle District of Florida, obtained information showing that Nathanael Cecil HALL, III, had visited Rome's Recycling, in Picayune, MS, on or about January 20, 2020, February 13, 2020, and February 20, 2020, each time in the company of, and traveling in a vehicle owned by a Joe Dan White. The vehicle was described as a 1991 Chevrolet Pick-up Truck, Blue, with Mississippi registration. Joe White had two listed addresses in or near Picayune, MS.

7. On or about Friday, May 8, 2020, members of the US Marshal Service Gulf Coast Regional Fugitive Task Force traveled to Picayune, MS to locate and arrest Nathanael Cecil HALL, III. Upon arrival, Joe Dan White was standing in the driveway. During the interview with Joe White, he stated that his brother Nathanael Hall no longer lived with him. He said that HALL lived on Dick Kennedy Road in or near Picayune, MS. The arrest team traveled to that address in the County of Pearl River (in the Southern Division of the Southern District of Mississippi) and arrested HALL without incident. The arrest was based on a Florida State Arrest Warrant for failing to update his registration as a sex offender issued in Hillsborough County, Florida.

8. On or about May 8, 2020, Deputy U.S. Marshal (DUSM) Nicholas Roselli and Task Force Officer (TFO) Todre Clopton interviewed Nathanael Cecil HALL, III. HALL was read a waiver of Miranda Rights warning from a Waiver of Rights Form (USM-306). HALL said that he understood his rights, waived his rights, signed the form, and agreed to talk with investigators. During the interview, HALL stated he traveled to Mississippi, in the middle of December of 2019, from the State of Florida, with his wife Krista Rogers. HALL stated he and Krista lived with Joe White for a few weeks in or near Picayune, MS, then lived at the Super 8 Motel off Exit 6 in Picayune, MS for about 2 months, and then moved to the Dick Kennedy Road address in or near Picayune, MS, for about 1.5 months. HALL said he understood his duty to register as a sex offender and that he did not notify the State of Florida or the State of Mississippi regarding his move to Mississippi in December of 2019. HALL also stated he did not notify state officials after each move while in Mississippi. HALL stated he was a convicted felon for possessing child pornography in 2006, and understood his duty to register as a sex offender.

9. On or about May 8, 2020, Nathanael Cecil HALL, III, was transported to the Pearl River County Sherriff's Office on the arrest warrant issued in Florida. The Pearl River County Sheriff's Office charged HALL with failing to register as a sex offender in the State of Mississippi and HALL currently is being held at the Pearl River County Jail.

10. Evidence obtained during this investigation revealed that Nathanael Cecil HALL, III's, Florida State Felony Conviction and requirement to register as a Sex Offender, qualifies HALL as a person who is required to register under SORNA. Further, evidence shows that HALL failed to fulfill his registration requirement in the State of Florida and traveled interstate to the State of Mississippi, where HALL again failed to register in Mississippi as confirmed by Mississippi State Officials. Finally, evidence shows that HALL knowingly failed to register, and keep a current registration as required by SORNA. The evidence shows that, in HALL's case, each of the elements of Title 18, United States Code, Section 2250, occurred in sequence.

11. Based on my experience as a Deputy United States Marshal, and on the evidence gathered throughout this investigation, I respectfully request, and submit that there is probable cause to issue, an arrest warrant for Nathanael Cecil HALL, III, due to his commission of the Federal felony offense of Failure to Register as a Sex Offender in violation of Title 18, United States Code, Section 2250.

_____
Nicholas Roselli
Deputy United States Marshal
United States Marshals Service
United States Department of Justice

Sworn to and subscribed before me,
this, the 12th day of May, 2020.

_____
Robert H. Walker
United States Magistrate Judge
Southern District of Mississippi